**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK FIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDIT ONE BANK, N.A.,<br><br>    Defendant. | Case No. 16-cv-04635-BLF<br><br>**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT DISMISS CREDIT ONE BANK, N.A.** |

United States District Court
Northern District of California

On May 5, 2017, Plaintiff filed a notice of settlement with the last remaining defendant in this action, Credit One Bank, N.A. ("Credit One"). *See* Notice of Settlement, ECF 136. On June 15, 2017, the Court issued an order directing Plaintiff to dismiss Credit One or file a status report regarding settlement on or before June 29, 2017. *See* Order Setting Deadline, ECF 141. On June 29, 2017, the parties filed a second notice of settlement, stating they expected that settlement would be finalized, and Credit One would be dismissed, within thirty days. Notice, ECF 142. The thirty-day period elapsed on July 31, 2017, and Plaintiff has neither filed a notice of dismissal nor indicated that additional time is necessary to finalize the settlement.

Plaintiff is hereby ORDERED TO SHOW CAUSE in writing and on or before August 15, 2017 why the Court should not dismiss Credit One. If Plaintiff fails to respond within the time provided, the Court will presume that Plaintiff has resolved all claims against Credit One and will issue an order of dismissal without further notice.

**IT IS SO ORDERED.**

Dated: August 1, 2017

_____
BETH LABSON FREEMAN
United States District Judge